## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JAMAAL A. McNEIL,** | CASE NO. 4:09CV3114 |
| **Plaintiff,** | |
| v. | MEMORANDUM |
| | AND ORDER |
| **THE UNITED STATES OF AMERICA, ET AL.,** | |
| **Defendants.** | |

This matter is before the court on Plaintiff's Motion to Amend. (Filing No. 28.) In his Motion, Plaintiff seeks leave from the court to amend a letter he previously sent to the Department of Justice. (*Id.*) The court dismissed this matter on July 20, 2009. (Filing Nos. 26 and 27.) The court cannot determine what, if any, relief Plaintiff seeks in the Motion, and it appears to be unrelated to this matter.

IT IS THEREFORE ORDERED that: Plaintiff's Motion to Amend (Filing No. 28) is denied.

DATED this 3rd day of November, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge